

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**     }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Adam Blair Steinbaugh, Bar # 326475, was duly admitted to practice in said Court on 03/01/2022, and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
Sep/1/2022

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on  09/01/2022

BY: _Meiyu Ruan_

**Deputy Clerk**

Rev. 1/20/17