# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT HEMMINGER,<br><br>*Defendant.* | Civil Action No.:<br>4:23-cv-00197-WTM-CLR |

## LIST OF PRIOR APPEARANCES

In connection with the Motion for Pro Hac Vice Admission of Petitioner Adam Steinbaugh, and pursuant to Local Rule 83.4(b)(2)(iii), Petitioner has been admitted to this Court in the following matters only:

1. *Jeffrey Gray v. Chris Wright*, No. 2-23-cv-00007 (Waycross Division).

DATED:    July 18, 2023

Respectfully submitted,

*/s/ Clare Norins*
CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia
School of Law
Post Office Box 388
Athens, Georgia 30603
Tel:    (706) 542-1419
cnorins@uga.edu

*Counsel for Plaintiff Jeffrey Gray*