# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

## John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To:  Clare Rivka Norins, Esquire          Date: 7/18/2023

Case:  4:23-cv-197          Party: Plaintiff

Your pleading,  #'s 6-9: Motions for Leave to Appear Pro Hac Vice                     ,

was filed on 07/18/23 , but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)      or      [ ☒ ] Corrective Actions Required

☐  1.  Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐  2.  Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐  3.  Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐  4.  Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐  5.  Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐  6.  Motion is not in compliance with Local Rules.

    ☐  a.  No memorandum of law citing supporting authorities was submitted (L.R. 7.1)

    ☐  b.  No good faith document was submitted. (L.R. 26.5)

    ☐  c.  Separate proposed order was not attached to e-filed document. (L.R. 7.1)

    ☐  d.  Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐  7.  For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐  8.  Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒  9.  Other:

    The Certificate of Good Standing must be within the last three months.  Please e-file an updated certificate using the following events: "Civil Events" > Other Filings > Notices > Notice of Filing> Link to the respective motion.

      If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  s/ Claudette Robinson

Deputy Clerk