IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>*Plaintiff,*<br><br>v.<br><br>Robert Hemminger,<br><br>*Defendant.* | Civil Action No.:<br>4:23-cv-00197-WTM-CLR |

## NOTICE OF FILING

In connection with Motion for Pro Hac Vice Admission of Harrison Michael Rosenthal (Doc. 7), please find attached Mr. Rosenthal's Certificate of Good Standing issued July 20, 2023 by the United States District Court for the Eastern District of Missouri.  DATED: July 28, 2023

*/s/ Clare Norins*
CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia School of Law
Post Office Box 388
Athens, Georgia 30603
Tel:     (706) 542-1419
cnorins@uga.edu

*/s/ Adam Steinbaugh*
ADAM STEINBAUGH*
PA Bar No. 326475; CA No. 304829
HARRISON M. ROSENTHAL*
KS Bar No. 28894; MO No. 72990
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:     (215) 717-3473
adam@thefire.org
harrison.rosenthal@thefire.org

*Pro Hac Vice* motions pending

*Counsel for Plaintiff Jeffrey Gray*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

## CERTIFICATE OF GOOD STANDING

I, GREGORY J. LINHARES, Clerk of this Court, certify that **Harrison Michael Rosenthal**, Bar # 72990MO, was duly admitted to practice in this Court on 09/25/2020, and is in good standing as a member of the Bar of this Court.

Dated at St. Louis, Missouri on July 20, 2023
          *(Location)*           *(Date)*

CLERK            /s/ J. Horton
           *DEPUTY CLERK*