AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:23-CV-00197-WTM-CLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Robert Hemminger
was recieved by me on  7/22/2023:

- [x] I personally served the summons on the individual at 117 QUARTERHORSE DR, GUYTON, GA 31312 on 07/23/2023 at 4:15 PM; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 235.00 for services, for a total of $ 235.00.

I declare under penalty of perjury that this information is true.

Date: 07/24/2023

_____
Server's signature

TAMMY HAMILTON
Printed name and title

15 Kandlewood Drive
B
Savannah, GA 31406

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Robert Hemminger with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with glasses and a goatee.

Tracking #: 0110771875

**Georgia Certified Process Server**



Tammy Hamilton

Cert. Date   2021-10-20

Exp. Date   2024-10-20

ID #   CPS#374

**NON LAW ENFORCEMENT**