# United States District Court

## *Southern District of Georgia*

Jeffrey Gray,

_____
Plaintiff

v.

Robert Hemminger
_____
Defendant

Case No. 4:23-cv-00197-WTM-CLR

Appearing on behalf of
Plaintiff Jeffrey Gray
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  1st  day of  August , 2023 .

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Harrison M. Rosenthal

Business Address: Foundation for Individual Rights and Expression
Firm/Business Name

510 Walnut Street
Street Address

| Suite 1250 | Philadelphia | PA | 19106 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(215) 717-3473 ext. 241
Telephone Number (w/ area code)        Georgia Bar Number

Email Address: harrison.rosenthal@thefire.org