# United States District Court
## Southern District of Georgia

Jeffrey Gray,

_____
Plaintiff

v.

Robert Hemminger

_____
Defendant

Case No. 4:23-cv-00197-WTM-CLR

Appearing on behalf of
Plaintiff Jeffrey Gray
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __1st__ day of __August__, __2023__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: James Jordan

Business Address: Foundation for Individual Rights and Expression
Firm/Business Name

700 Pennsylvania Avenue, SE
Street Address

| Suite 340 | Washington | DC | 20003 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(215) 717-3473 ext. 283
Telephone Number (w/ area code)     Georgia Bar Number

Email Address: james.jordan@thefire.org