IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>    *Plaintiff,*<br><br>v.<br><br>Robert Hemminger,<br><br>    *Defendant.* | Civil Action No.:<br>4:23-cv-00197-WTM-CLR |

## NOTICE OF FILING

In connection with Motion for Pro Hac Vice Admission of Adam Steinbaugh (Doc. 6), please find attached Mr. Steinbaugh's Certificate of Good Standing issued August 1, 2023 by the United States District Court for the Eastern District of Pennsylvania.

DATED: August 3, 2023

                                                              */s/ Clare Norins*
                                                              CLARE NORINS
                                                              Georgia Bar No. 575364
                                                              FIRST AMENDMENT CLINIC
                                                              University of Georgia
                                                              School of Law
                                                              Post Office Box 388
                                                              Athens, Georgia 30603
                                                              Tel:    (706) 542-1419
                                                              cnorins@uga.edu

*Counsel for Plaintiff Jeffrey Gray*



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
EASTERN DISTRICT OF PENNSYLVANIA  }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Adam Steinbaugh    Bar #304829
was duly admitted to practice in said Court on    03/01/2022 and is in good standing
as a member of the bar of said Court.

_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on  08/01/2023

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17