# United States District Court

## *Southern District of Georgia*

Jeffrey Gray,

_____
Plaintiff

v.

Robet Hemminger,

_____
Defendant

Case No. 4:23-cv-00197-WTM-CLR

Appearing on behalf of
Plaintiff Jeffrey Gray
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __3rd__ day of __August__, __2023__.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Adam Blair Steinbaugh |
| Business Address: | Foundation for Individual Rights and Expression |
| | Firm/Business Name |
| | 510 Walnut Street |
| | Street Address |

| Suite 1250 | Philadelphia | PA | 19106 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

| (215) 717-3473 ext. 213 | |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: adam@thefire.org