IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY GRAY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:23-cv-197-RSB-CLR |
| | ) |
| v. | ) |
| | ) |
| ROBERT HEMMINGER, a Lieutenant of the | ) |
| Port Wentworth Police Department, in his | ) |
| individual capacity, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE MOTIONS, WITH CONSENT

Comes now Lt. Robert Hemminger, Defendant herein, and, per Fed. R. Civ. P. 6 and L.R. 6.1 of the Local Rules of the United States District Court for the Southern District of Georgia, and moves that the Court grant an additional extension of the time to file an Answer and/or responsive motions, from October 19, 2023 to Monday, November 20, 2023. Defendant shows that counsel for Plaintiff consents that this request may be granted.

The parties are attempting to resolve this matter. Draft settlement documents, including a draft Joint Stipulation of Dismissal, were forwarded to Plaintiff's counsel for review on Sept. 13, 2023, and there has been a delay because of schedules of counsel. No further delay is expected.

This request is filed timely within the time to file an Answer or responsive motions.

WHEREFORE, Defendant respectfully requests that this motion be granted, and that the Court grant an extension of time up to and including November 20, 2023 for the Defendant to file an Answer and/or responsive motions to Plaintiff's Complaint.

This the *16th* day of October, 2023.

                OLIVER MANER LLP

                */s/ Patrick T. O'Connor*
                PATRICK T. O'CONNOR
                Georgia Bar No. 548425

                */s/ Patricia T. Paul*
                PATRICIA T. PAUL
                Georgia Bar No. 697845

218 W. State Street
P. O. Box 10186              Attorneys for Defendant
Savannah, Georgia 31412   Lt. Robert Hemminger
(912) 236-3311
pto@olivermaner.com
ppaul@olivermaner.com


CONSENTED TO:

CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia School of Law
P. O. Box 388
Athens, Georgia 30603
(706) 542-1419
cnorins@uga.edu


*/s/ Adam Steinbaugh*
ADAM STEINBAUGH
PA Bar No. 326475; CA No. 304829
adam@thefire.org
HARRISON ROSENTHAL
KS Bar No. 28894; MO No. 72990
harrison.rosenthal@thefire.org
JAMES M. DIAZ
VT Bar No. 5014
jay.diaz@thefire.org

JAMES PATRICK JORDAN
james.jordan@thefire.org
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003

Attorneys for Plaintiff
Jeffrey Gray

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This *16th* day of October, 2023.

                                             OLIVER MANER LLP

                                             */s/ Patricia T. Paul*
                                             PATRICIA T. PAUL
                                             Georgia State Bar No. 697845

218 W. State Street
P. O. Box 10186                                    Attorneys for Defendant
Savannah, Georgia 31412                 Lt. Robert Hemminger
(912) 236-3311
ppaul@olivermaner.com