IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HEMMINGER, a Lieutenant of the Port Wentworth Police Department, in his individual capacity,<br><br>　　　　Defendant. | Civil Action No.: 4:23-cv-197 |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeffrey Gray and Defendant Robert Hemminger stipulate to the dismissal with prejudice of all claims and affirmative defenses arising out of or relating to this lawsuit. The parties stipulate that a settlement has been reached and each party agrees to bear his own attorneys' fees and costs.

DATED:　　　November 20, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Adam Steinbaugh* | */s/ Patricia Paul* |
| ADAM STEINBAUGH* | PATRICIA T. PAUL |
| PA Bar No. 326475; CA No. 304829 | Georgia Bar No. 697845 |
| JAMES M. DIAZ* | PATRICK T. O'CONNOR |
| VT Bar No. 5014 | Georgia Bar No. 548425 |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | OLIVER MANER LLP |
| 510 Walnut Street; Suite 1250 | 218 W. State Street |
| Philadelphia, PA 19106 | P.O. Box 10186 |
| | Savannah, Georgia 31412 |
| | (912) 236-3311 |

1

| | |
|---|---|
| Tel: (215) 717-3473<br>Fax: (267) 573-3073<br>adam@thefire.org<br>jay.diaz@thefire.org | ppaul@olivermaner.com<br>pto@olivermaner.com<br><br>*Counsel for Defendant Robert Hemminger* |

CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia
School of Law
Post Office Box 388
Athens, Georgia 30603
Tel: (706) 542-1419
cnorins@uga.edu

\*admitted *Pro Hac Vice*

*Counsel for Plaintiff Jeffrey Gray*